**Motion for Rehearing Granted, Memorandum Opinion filed December 22, 2011, Withdrawn, Appeal Reinstated, and Order filed January 31, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-01058-CR
_____

## KIM BRUCE MATHIS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1302752**

---

## ORDER

On December 22, 2011, this Court issued an opinion dismissing this appeal. On January 11, 2012, appellant filed a motion for rehearing. The motion is granted.

This Court's opinion filed December 22, 2011, is withdrawn, and our judgment of that date is vacated. The appeal is ordered reinstated.

PER CURIAM